**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7891**

JOHN DASTA,

                Plaintiff - Appellant,

      v.

GARY RICHARDS; KATHY JONES; BOBBY SHEARIN; HARLEY G. LAPPIN;
ISAM ELAYAN; DR. MOUBAREK; LEONARDO F. GIRON; LORI SINES;
POISINAIRE; W.I. LEBLANC, JR.; BERNIE RICHARDS; JORGE
CASTENADA; JOHN ASHCROFT; TODD GENZER; JULIE HAYES; TOM
HEFFELFINGER; DR. R. ILVEDSON; ALICIA R. SOUVIGNIER; UNKNOWN
U.S. MARSHALS, Defendants, In Their Official and Individual
Capacities; HOWARD NELSON,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (1:08-
cv-00387-AMD)

Submitted:  January 14, 2010      Decided:  January 22, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Dasta, Appellant Pro Se.  Ariana Wright Arnold, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Dasta appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dasta v. Richards, No. 1:08-cv-00387-AMD (D. Md. filed Sept. 8, 2009, entered Sept. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED